FILED
December 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CM22945176

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: R AND R ELECTRIC AND COMMUNICATIONS    Case No. 09-12781
                                              Chapter 7
_____,
                    Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey M. Vetter, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,000.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,288.16     Claims Discharged
                                               Without Payment: $373,293.49

Total Expenses of Administration: $6,054.49

---

3) Total gross receipts of $ 8,342.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,342.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|                                                      | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|------------------------------------------------------|-----------------:|----------------:|---------------:|------------:|
| SECURED CLAIMS (from Exhibit 3)                      | $0.00            | $621.36         | $621.36        | $0.00       |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,054.49        | 6,054.49       | 6,054.49    |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00           | 0.00            | 0.00           | 0.00        |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6)           | 0.00             | 190,875.59      | 182,388.09     | 2,288.16    |
| GENERAL UNSECURED CLAIMS (from Exhibit 7)            | 78,740.07        | 198,688.56      | 190,188.56     | 0.00        |
| **TOTAL DISBURSEMENTS**                              | $78,740.07       | $396,240.00     | $379,252.50    | $8,342.65   |

4) This case was originally filed under Chapter 7 on March 31, 2009. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2010      By: /s/Jeffrey M. Vetter
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 3,350.00 |
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1129-000 | 2,800.00 |
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1129-000 | 2,190.00 |
| Interest Income | 1270-000 | 2.65 |
| **TOTAL GROSS RECEIPTS** | | **$8,342.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | | | |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Kern County Treasurer-Tax Collector | 4800-070 | N/A | 621.36 | 621.36 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $621.36 | $621.36 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeffrey M. Vetter | 2100-000 | N/A | 1,584.18 | 1,584.18 | 1,584.18 |
| Jeffrey M. Vetter | 2200-000 | N/A | 21.01 | 21.01 | 21.01 |
| patrick kavanagh | 3210-000 | N/A | 700.00 | 700.00 | 700.00 |
| patrick kavanagh | 3220-000 | N/A | 34.32 | 34.32 | 34.32 |
| m. kathy klein | 3410-000 | N/A | 323.00 | 323.00 | 323.00 |
| m. kathy klein | 3420-000 | N/A | 92.42 | 92.42 | 92.42 |
| jerry gould | 3610-000 | N/A | 1,251.00 | 1,251.00 | 1,251.00 |
| jerry gould | 3620-000 | N/A | 1,110.00 | 1,110.00 | 1,110.00 |
| jerry gould | 3620-000 | N/A | 103.56 | 103.56 | 103.56 |
| franchise tax board | 2820-000 | N/A | 835.00 | 835.00 | 835.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,054.49 | 6,054.49 | 6,054.49 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Kern County Treasurer-Tax Collector | 5800-000 | N/A | 530.24 | 530.24 | 6.65 |
| 4P | Internal Revenue Service | 5800-000 | N/A | 181,857.85 | 181,857.85 | 2,281.51 |
| 6P | Employment Development Department | 5800-000 | N/A | 8,487.50 | 0.00 | 0.00 |
| 8 | Franchise Tax Board | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | franchise tax board | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 190,875.59 | 182,388.09 | 2,288.16 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sonitrol | 7100-000 | N/A | 1,738.10 | 1,738.10 | 0.00 |
| 2 | Graybar | 7100-000 | N/A | 90,244.45 | 90,244.45 | 0.00 |
| 4U | Internal Revenue Service | 7100-000 | N/A | 38,462.42 | 38,462.42 | 0.00 |
| 5 | Valley Electrical Supplies | 7100-000 | N/A | 29,545.37 | 29,545.37 | 0.00 |
| 6U | Employment Development Department | 7100-000 | N/A | 5,751.90 | 5,751.90 | 0.00 |
| 7 | Wright Express | 7100-000 | N/A | 17,128.98 | 17,128.98 | 0.00 |
| 9 | American Contractors Indemnity Company | 7100-000 | N/A | 8,500.00 | 0.00 | 0.00 |
| 10 | GE Money Bank | 7100-000 | N/A | 7,317.34 | 7,317.34 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Franchise Tax Board | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | white cap construction supply | 7100-000 | 2,713.95 | N/A | N/A | 0.00 |
| NOTFILED | golden empire nut and bolt | 7100-000 | 404.00 | N/A | N/A | 0.00 |
| NOTFILED | law office of terrence werdel | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | mobile storage group | 7100-000 | 245.46 | N/A | N/A | 0.00 |
| NOTFILED | kern county treasurer | 7100-000 | 592.00 | N/A | N/A | 0.00 |
| NOTFILED | performance automotive | 7100-000 | 3,005.00 | N/A | N/A | 0.00 |
| NOTFILED | wesco distribution | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | rmc receiveable management | 7100-000 | 8,564.00 | N/A | N/A | 0.00 |
| NOTFILED | first comp | 7100-000 | 7,352.00 | N/A | N/A | 0.00 |
| NOTFILED | toshiba financial | 7100-000 | 1,565.64 | N/A | N/A | 0.00 |
| NOTFILED | telepacific communications | 7100-000 | 584.53 | N/A | N/A | 0.00 |
| NOTFILED | pro consulting services | 7100-000 | 3,845.00 | N/A | N/A | 0.00 |
| NOTFILED | wells fargo | 7100-000 | 20,100.00 | N/A | N/A | 0.00 |
| NOTFILED | tele pacific | 7100-000 | 329.93 | N/A | N/A | 0.00 |
| NOTFILED | blue shield | 7100-000 | 5,665.00 | N/A | N/A | 0.00 |
| NOTFILED | dowling aaron & keler | 7100-000 | 1,040.00 | N/A | N/A | 0.00 |
| NOTFILED | allied insurance | 7100-000 | 584.25 | N/A | N/A | 0.00 |
| NOTFILED | ez lube | 7100-000 | 1,099.31 | N/A | N/A | 0.00 |
| NOTFILED | a cut qabove | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 78,740.07 | 198,688.56 | 190,188.56 | 0.00 |

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-12781  
**Case Name:** R AND R ELECTRIC AND COMMUNICATIONS  

**Period Ending:** 11/12/10

**Trustee:** (008820) Jeffrey M. Vetter  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/04/09  
**Claims Bar Date:** 09/22/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>wells fargo checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>2005 utility trailer | 0.00 | 3,000.00 | | 3,350.00 | FA |
| 3 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>misc equipment | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 4 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>komatsu 25 forklift | 1,000.00 | 1,000.00 | | 2,800.00 | FA |
| 5 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>inventory | 10,000.00 | 10,000.00 | | 2,190.00 | FA |
| 6 | cross complaint<br>against graybar electric | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.65 | FA |
| 7 | Assets Totals (Excluding unknown values) | $13,000.00 | $16,000.00 | | $8,342.65 | $0.00 |

**Major Activities Affecting Case Closing:**

06/22/09 gould p/u of assets.

QTRLY REV:
07/14/09 assets secured at auction facility. auction scheduled for october 2009.
ttee has determined most of the accounts rec are not recoverable as there are cross complaints etc. ttee will continue to work them.

QTRLY REV:
10/05/09 auction set for 10/17

QTRLY REV:
01/18/10 kathy klein is preparing tax returns for estate. lm for robert smith re prior year tax returns.
03/11/10 tax returns mailed to taxing authorities

QTRLY REV:
04/05/10 prompt determination letter not yet rec'd

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-12781  
**Case Name:** R AND R ELECTRIC AND COMMUNICATIONS  

**Period Ending:** 11/12/10

**Trustee:** (008820) Jeffrey M. Vetter  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/04/09  
**Claims Bar Date:** 09/22/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

QTRLY REV:  
06/28/10 emailed kk re ftb's claim. they should be withdrawn as they are satisfied. once they are withdrawn tfr will be filed.

07/01/10 tfr sent to oust

08/19/10 resent tfr to oust  
09/29/10 ofp filed  
09/30/10 claims cks mailed

QTRLY REV:  
10/18/10 need cks to clear before tdr.

**Initial Projected Date Of Final Report (TFR):** November 1, 2009        **Current Projected Date Of Final Report (TFR):** July 1, 2010 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-12781 | | Trustee: | Jeffrey M. Vetter (008820) |
| --- | --- | --- | --- | --- |
| Case Name: | R AND R ELECTRIC AND COMMUNICATIONS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | 312-2469843-65 - Money Market Account |
| Taxpayer ID #: | 54-6871291 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/12/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/26/09 | | jerry gould | funds from estate auction | | 8,340.00 | | 8,340.00 |
| | {2} | | 3,350.00 | 1129-000 | | | 8,340.00 |
| | {4} | | 2,800.00 | 1129-000 | | | 8,340.00 |
| | {5} | | 2,190.00 | 1129-000 | | | 8,340.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 8,340.02 |
| 11/01/09 | 1001 | jerry gould | 15% commission of gross sales | 3610-000 | | 1,251.00 | 7,089.02 |
| 11/01/09 | 1002 | jerry gould | extra ordinary expense | 3620-000 | | 103.56 | 6,985.46 |
| 11/01/09 | 1003 | jerry gould | hauling expense | 3620-000 | | 1,110.00 | 5,875.46 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 5,875.71 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,875.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,876.18 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,876.40 |
| 03/11/10 | 1004 | franchise tax board | administrative tax return | 2820-000 | | 835.00 | 5,041.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 5,041.65 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 5,041.68 |
| 04/06/10 | | Wire out to BNYM account 000246984365 | Wire out to BNYM account 000246984365 | 9999-000 | -5,041.68 | | 0.00 |
| | | | ACCOUNT TOTALS | | 3,299.56 | 3,299.56 | $0.00 |
| | | | Less: Bank Transfers | | -5,041.68 | 0.00 | |
| | | | Subtotal | | 8,341.24 | 3,299.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,341.24 | $3,299.56 | |

{} Asset reference(s)

Printed: 11/12/2010 07:57 AM    V.12.54

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 09-12781 | | Trustee: | Jeffrey M. Vetter (008820) |
|---|---|---|---|---|
| Case Name: | R AND R ELECTRIC AND COMMUNICATIONS | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-02469843-65 - Money Market Account |
| Taxpayer ID #: | 54-6871291 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312246984365 | Wire in from JPMorgan Chase Bank, N.A. account 312246984365 | 9999-000 | 5,041.68 | | 5,041.68 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,041.91 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,042.21 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 5,042.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,042.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,043.09 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,043.13 |
| 09/30/10 | | To Account #92000246984366 | | 9999-000 | | 5,043.09 | 0.04 |
| 11/05/10 | Int | The Bank of New York Mellon | Interest Adjustment | 1270-000 | -0.04 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,043.09 | 5,043.09 | $0.00 |
| | | | Less: Bank Transfers | | 5,041.68 | 5,043.09 | |
| | | | **Subtotal** | | 1.41 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.41** | **$0.00** | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| Case Number: | 09-12781 | | Trustee: | Jeffrey M. Vetter (008820) |
| Case Name: | R AND R ELECTRIC AND COMMUNICATIONS | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-02469843-66 - Checking Account |
| Taxpayer ID #: | 54-6871291 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/10 | | From Account #92000246984365 | | 9999-000 | 5,043.09 | | 5,043.09 |
| 09/30/10 | 101 | patrick kavanagh | Dividend paid 100.00% on $700.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 700.00 | 4,343.09 |
| 09/30/10 | 102 | patrick kavanagh | Dividend paid 100.00% on $34.32, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 34.32 | 4,308.77 |
| 09/30/10 | 103 | m. kathy klein | Dividend paid 100.00% on $323.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 323.00 | 3,985.77 |
| 09/30/10 | 104 | m. kathy klein | Dividend paid 100.00% on $92.42, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 92.42 | 3,893.35 |
| 09/30/10 | 105 | Kern County Treasurer-Tax Collector | Dividend paid 1.25% on $530.24; Claim# 3P; Filed: $530.24; Reference: | 5800-000 | | 6.65 | 3,886.70 |
| 09/30/10 | 106 | Internal Revenue Service | Dividend paid 1.25% on $181,857.85; Claim# 4P; Filed: $181,857.85; Reference: | 5800-000 | | 2,281.51 | 1,605.19 |
| 09/30/10 | 107 | Jeffrey M. Vetter | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,605.19 | 0.00 |
| | | | Dividend paid 100.00% on $1,584.18; Claim# ; Filed: $1,584.18     1,584.18 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $21.01; Claim# ; Filed: $21.01     21.01 | 2200-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 5,043.09 | 5,043.09 | $0.00 |
| | Less: Bank Transfers | | 5,043.09 | 0.00 | |
| Subtotal | | | 0.00 | 5,043.09 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $5,043.09 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-2469843-65 | 8,341.24 | 3,299.56 | 0.00 |
| MMA # 9200-02469843-65 | 1.41 | 0.00 | 0.00 |
| Checking # 9200-02469843-66 | 0.00 | 5,043.09 | 0.00 |
| | $8,342.65 | $8,342.65 | $0.00 |